# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ROSALES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FELIX VASQUEZ, Warden, et al.,<br><br>　　　　Respondent. | No. CV 16-2998 MWF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 30, 2017

_____
MICHAEL W. FITZGERALD
United States District Judge